IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
CIVIL ACTION NO. 4:15-cv-00023

TAX INTERNATIONAL, LLC )
       Plaintiff, )
v. )
)
KILBURN AND ASSOCIATES, LLC, )
RASHEME A. KILBURN, AND )
LANCE TAYLOR )
)
       Defendant. )

FILED
FEB 1 8 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

## FINAL ORDER

This MATTER IS BEFORE THE COURT on Plaintiff's Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(2).

IT APPEARING THAT Plaintiff no longer seeks to prosecute the action; and

IT FURTHER APPEARING THAT Defendant has filed no counterclaim, cross-claim, or third-party claim in this action; and

IT FURTHER APPEARING THAT Defendant will not incur significant prejudice as a result of this voluntary dismissal; THEREFORE

IT IS HEREBY ORDERED THAT Plaintiff's Complaint is DISMISSED, without prejudice. Each party shall bear its own costs in this matter.

Dated: February 18th, 2016

SO ORDERED

/s/

Raymond A. Jackson
United States District Judge